IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cathy E. Bates,                      3:09CV2349

    Plaintiff(s)

v.                                 Order

Commissioner of Social Security,

    Defendant(s)

On *de novo* review of the Magistrate Judge's Report and Recommendation, and the Commissioner having informed the Court that there is no objection to the Report and Recommendation, it is hereby

ORDERED THAT the Magistrate Judge's Report and Recommendation be, and the same hereby is adopted as the Order of this Court.

The administrative decision is reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g) for rehearing.

The Clerk shall prepare an Entry of Judgement accordingly.

So ordered.

                                                   S/ James G. Carr
                                                   James G. Carr

District Judge