IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cathy E. Bates,                                Case No. 3:09cv2349

        Plaintiff

    v.                                          ORDER

Commissioner of Social Security,

        Defendant

     This case was referred to United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge having filed his Report and Recommendation, to which the defendants filed a response indicating their desire not to file objections to the Report and Recommendation. The undersigned having reviewed the Report, to which I find well-taken on the merits for the reasons stated in the Report and Recommendation, which is incorporated herein by reference as the opinion of the undersigned, it is hereby

     ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of this Court. Plaintiff's motion for attorney fees and costs be granted in the amount of $3,249.45. No order to issue regarding the direction of payment of such fees.

        So ordered.

                                                               s/James G. Carr
                                                               Sr. United States District Judge